No. 01–7589. TRUESDALE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 01–7590. JONES v. PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7593. CHERRY v. CITY OF WILSON ET AL. C. A. 4th Cir. Certiorari denied. 

No. 01–7598. MURRAY v. HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied. 

No. 01–7600. TAYLOR v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7602. MURTISHAW v. WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 01–7603. MYERS v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 01–7609. CATANZARO v. CARBONDALE HOUSING AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied. 

No. 01–7610. COLEN v. GLOBAL INVESTMENTS. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–7612. DOERR v. PROTECTIVE LIFE INSURANCE CO. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–7614. LAWRENCE v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 01–7617. EVANS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–7625. THOMAS v. CITY OF BELDING. Ct. App. Mich. Certiorari denied.

No. 01–7626. VAN REED v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.